# JUSTICE COURT ARREST WARRANT

THE STATE OF MISSISSIPPI,
TO ANY LAWFUL OFFICER OF ITAWAMBA

We command you to take the body of: CURRY, TRAVIS

D.L.# ~~[redacted]~~

MANTACHIE, MS  38855

if to be found in your county, and safely keep, so that you have CURRY, TRAVIS body before the undersigned, a Justice Court Judge of ITAWAMBA COUNTY JUSTICE COURT, in the said State, to be holden at the office of the undersigned, in ITAWAMBA COUNTY JUSTICE COURT   304 W WIYGUL ST-STE D FULTON   MS   then and there to answer unto the State of Mississippi on a charge of:

DISTURBING PEACE 1                 BOND: $ _____

by affidavit.

HEREIN FAIL NOT, and have then and there this writ, with the manner in which you have executed the same.

Given under my hand and seal, and issued this  FEBRUARY 20, 2013

CASE #: 0162716

_____ W. D_____
Justice Court Judge ( B ) / Clerk

---

OFFICER'S RETURN:

I have this day executed the within writ by personally arresting CURRY, TRAVIS _____. This the 8 day of November, 2013.

IS Telly Johnson   OFFICER

BY: _____ D.S.

Exhibit 1  pg.1

# JUSTICE COURT ARREST WARRANT

THE STATE OF MISSISSIPPI,
TO ANY LAWFUL OFFICER OF ITAWAMBA

We command you to take the body of: CURRY, TRAVIS

D.L.#  ~~[redacted]~~

MANTACHIE, MS  38855

if to be found in your county, and safely keep, so that you have CURRY, TRAVIS body before the undersigned, a Justice Court Judge of ITAWAMBA COUNTY JUSTICE COURT, in the said State, to be holden at the office of the undersigned, in ITAWAMBA COUNTY JUSTICE COURT 304 W WIYGUL ST-STE D FULTON MS then and there to answer unto the State of Mississippi on a charge of:

LITTERING 97-15-29    BOND: $ _____

by affidavit.

HEREIN FAIL NOT, and have then and there this writ, with the manner in which you have executed the same.

Given under my hand and seal, and issued this FEBRUARY 20, 2013

CASE #: 0162715

_____
Justice Court Judge (B ) / Clerk

OFFICER'S RETURN:

I have this day executed the within writ by personally arresting CURRY, TRAVIS. This the 8 day of November, 2013.

 /s/ Terry Johnson  OFFICER

BY: _____ D.S.

Exhibit 1  pg.2

3-26-13

# JUSTICE COURT ARREST WARRANT

THE STATE OF MISSISSIPPI,
TO ANY LAWFUL OFFICER OF ITAWAMBA

We command you to take the body of: CURRY, TRAVIS

D.L.#             MANTACHIE, MS      38855

if to be found in your county, and safely keep, so that you have CURRY, TRAVIS body before the undersigned, a Justice Court Judge of ITAWAMBA COUNTY JUSTICE COURT, in the said State, to be holden at the office of the undersigned, in ITAWAMBA COUNTY JUSTICE COURT    304 W WIYGUL ST-STE D FULTON    MS then and there to answer unto the State of Mississippi on a charge of:

       TRESPASSING                           BOND: $_____

by affidavit.

HEREIN FAIL NOT, and have then and there this writ, with the manner in which you have executed the same.

Given under my hand and seal, and issued this    FEBRUARY 20, 2013

CASE #: 0162714            _____
                                         Justice Court Judge (B) / Clerk

---

OFFICER'S RETURN:

I have this day executed the within writ by personally arresting CURRY, TRAVIS. This the 8 day of November, 2013.

                I5 Terry Johnson      OFFICER

                     BY: _____ D.S.

Exhibit 1   pg.3



0011-3

# ITAWAMBA COUNTY
## Jail / Work Commitment Order

COMMITMENT _Travis Bernard Curry_

SS# _[redacted]_  DOB _[redacted]_

STATE OF MISSISSIPPI

COUNTY OF ITAWAMBA    COUNTY CASE# _0162716, 0162715, 0162714_

TO THE SHERIFF CITY OF FULTON, MISSISSIPPI:

YOU ARE HEREBY NOTIFIED THAT ON THE _8_ DAY OF _Nov_ 20_13_

OF THE JUSTICE COURT JUDGE _Davis_ PRESIDING,

THE FOLLOWING NAMED PERSON WAS TRIED, CONVICTED AND SENTENCED TO SERVE A TERM IN THE CUSTODY OF FULTON JAIL AS FOLLOWS:

NAME _Travis Bernard Curry_ ALIAS _____

DATE OF SENTENCE _11-8-13_ CRIME _warrants_

TERM OF SENTENCE _pay or stay work off fines_

RACE _B_ SEX _M_ APPEALED _____

CONFINED IN JAIL _11-8-13_  DATE _11-12-13_

REMARKS: _Work out til paid in full ($1500.00 approx.)_

JUSTICE COURT JUDGE: _[signature]_
AUTHORIZED SIGNATURE: _____

Exhibit 1  pg. 4

# ITAWAMBA COUNTY SHERIFFS DEPT.
## WORK PROGRAM TIME LOG !

WORK = $58.00 A DAY / NO WORK = $25.00 A DAY

JUDGE: _Davis_

NAME _Travis Bernard Curry_ STARTING DATE ~~11-8-13~~ 11-9-13

STARTING BALANCE : $ 1,500.00

| DATE | CREDIT AMOUNT | BALANCE DUE |
|---|---|---|
| 11-9-13 | 25.00 | 1,475 |
| 11-10-13 | 25.00 | 1,450 |
| 11-11-13 | 25.00 | 1,425 |
| 11-12-13 | 25.00 | 1,400 |
| 11-13-13 | 58.00 +58.00 | 1,284 |
| 11-14-13 | 58.00 | 1,226 |
| 11-15-13 | 58.00 +58.00 | 1,110 |
| 11-16-13 | 58 | 1052.00 |
| 11-17-13 | 25.00 | 1027.00 |
| 11-18-13 | 58.00 | 969.00 |
| 11-19-13 | 58.00 | 911 |
| 11-20-13 | 58.00 | 853.00 |
| 11-21-13 | 58.00 | 795.00 |
| 11-22-13 | 58.00 + 58.00 | 737.00  679.00 |
| 11-23-13 | 58.00 | 621.00 |
| 11-24-13 | 25.00 | 596.00 |
| 11-25-13 | 58.00 | 538.00 |
| 11-26-13 | 58.00 | 480.00 |

_Released per Judge Holcomb New Court date_

Exhibit 1  pg. 5

0011-4



# ITAWAMBA COUNTY JAIL

## RECOGNIZANCE BOND
### No Fee Collected

Date: 11-26-13

Defendant's Name: Travis Bernard Curry

[redacted]

Current Address: [redacted] Mantachie MS

Current Phone # [redacted]

Charge: (w) Disturbing the Peace, (w) Littering, (w) Trespassing

Reason for Release: Recog per Judge Holcomb

☐ Jail Administrator   ☐ Sheriff   ☒ Judge

Court to Notify: Justice Court

Court Appearance Date: December 10, 2013 @ 9am

Signature of Officer Authorizing Release: [signature]

Exhibit 1   pg.6

*State of Mississippi*
*Itawamba County*
*Justice Court*

**JUDGES**

HAROLD HOLCOMB
JOHN BISHOP

**JUSTICE COURT CLERK**

SHELIA SPRADLING

304 West Wiygul St. Suite D
Fulton, MS 38843
662-862-4315

STATE OF MISSISSIPPI, Itawamba County
I, Shelia Spradling, the undersigned Justice Court Clerk of said county hereby certify that this instrument is a true and correct copy of Case file on Travis Curry as filed and recorded in my office in book_____ paged_____
Witness my hand and seal this 4 day of Feb, 2016

Shelia Spradling jcc
Justice Court Clerk
By:_____

Exhibit 1   pg.7