# ITAWAMBA SHERIFF OFFICE
## CUSTODY FORM

☐ JUVENILE

**Case Number:** 105/26
**Suffix:** P.I.C.

1. **Name of Person Arrested (Last, First, Middle):** CURRY, TRAVIS BERNARD
2. **Alias or Nickname:**
3. **Address of Defendant:** [redacted], Mantachie MS
4. **Home Phone No.:** [redacted]
5. **Occupation and Employer:** OLSADLEU
6. **Social Security Number:** [redacted]
7. **Driver's License State?** MS
8. **Driver's License Number?** [redacted]
9. **Driver's License Type?** R
10. **Driver's License Expiration Date?** 09/11/2015
11. **Age:** [redacted]
12. **Sex:** M
13. **Race:** B
14. ☒ Non Hispanic
15. **Height:** 6-02
16. **Weight:** 210
17. **Hair:** BLK
18. **Eyes:** BRO
19. **Scars, Marks, Tatoos and Amputations:** None
20. **Date of Birth:** [redacted]
21. **Place of Birth:** Tupelo
22. **Contact In Event of Emergency:** Penny Curry
23. **Relationship:** Wife
24. **Contact's Address:** Same
25. **Home Phone:** Same
26. **Business Phone:**

27. **Date of Arrest:** 11-8-13
28. **Time of Arrest:** 18:49
29. **Location of Arrest:** Hwy 363
30. **Arrest Numbers:**

31. **Charge/Offense:** WARRANT x 3

47. **Total Bond:** 1,500.00
49. **Custody Status:** Pre-Trial Release
50. **Detention: Date/Time:** 11/8/13 1900
51. **Released: Date/Time:** 11-26-13 14:10
52. **Check Item(s) That Apply To Defendant:** ☒ Cooperative

53. **Individual Armed?** ☐ No
56. **Arresting Officer:** No. 5, Name: Johnson
57. **How Arrest Was Made:** ☒ Warrant
**Warrant Number:** 0162716, 0162715, 0162714
58. **Assisting Officers:** P. Rushing
60. **Jailer/Booking Officer:** L. Brazil
61. **Cell No.:** H
62. **Property:** ☒ Yes
63. **Phone Call:** ☒ Yes

65. **Admissions, Confessions or Comments by Defendants:**
$1500.00 cash Recog per Judge Holcomb 11-26-13 14:10

C-4 (12-82) Printed by MANTACHIE PRINTING & MARKETING LLC

Exhibit 2